TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00668-CV

Todd R. Smith, Appellant

v.

Marshall B. Brown, P.C., Appellee

FROM THE DISTRICT COURT OF HARRIS COUNTY, 295TH JUDICIAL DISTRICT

NO. 99-15726, HONORABLE TRACY KEE CHRISTOPHER, JUDGE PRESIDING 

PER CURIAM

 Appellant, Todd R. Smith, has filed a Motion to Dismiss Appeal in this cause. We 
grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: February 3, 2000

Do Not Publish